IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40896
_____


In The Matter Of: RESERVE PRODUCTION, INC

                    Debtor

_____


        WILLIAM T BILL CLARK, Representative of the Estate of
        Reserve Production, Inc

                    Appellee

        v.

        LARRY SANDERS, Larry Sanders, Trustee

                    Appellant

_____

            Appeal from the United States District Court
                for the Eastern District of Texas
                        (6:95-MC-92)
_____
                    September 5, 1996
Before KING, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

        Larry Sanders filed a motion to withdraw the reference in an

adversary proceeding pending in the bankruptcy court.  On August

8, 1995, the district court granted the motion to withdraw the

reference for the purposes of jury selection and jury trial, but

_____

        [*]     Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

kept the reference intact for all pretrial matters.  The district court denied Sanders's motion to reconsider its August 8, 1995 order.  Courts of appeals have "uniformly construed a district court's decision to withdraw a reference or to refuse such a withdrawal as interlocutory and non-reviewable."  *In re Lieb*, 915 F.2d 180, 184 (5th Cir. 1990) (citation, internal quotation marks, and brackets omitted).  The denial of a motion for reconsideration of an otherwise non-appealable order is itself non-appealable.  *Branson v. City of Los Angeles*, 912 F.2d 334, 336 (9th Cir. 1990).  Finding that we have no appellate jurisdiction, we DISMISS this interlocutory appeal.